UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN JAMES SMITH,<br><br>                           Plaintiff,<br>v.<br><br>EQUIFAX INC., and DOES 1–100,<br><br>                          Defendants. | Case No.: 3:24-cv-1737-CAB-DTF<br><br>**ORDER DENYING MOTIONS FOR RECONSIDERATION AND TO FILE UNDER SEAL**<br><br>**[Doc. Nos. 17–18]** |

      On December 15, 2025, Plaintiff filed a motion for reconsideration pursuant to Fed. R. Civ. P. 60(b) and a motion to file documents under seal. [Doc. Nos. 17–18.] He seeks relief from the Court's order on March 12, 2025, which granted the parties' joint motion to dismiss the case with prejudice. [Doc. No. 12.] Plaintiff asserts that Defendant Equifax Inc. has breached the parties' settlement agreement. [Doc. No. 17 at 2.]

      "[A] federal court may retain jurisdiction over a settlement agreement where the court's order of dismissal incorporates the terms of the settlement agreement, or the order of dismissal explicitly states that the court retains jurisdiction over the settlement." *Gonzalez v. United States*, No. 16CV1792-MMA (KSC), 2017 WL 1094074, at *6 (S.D. Cal. Mar. 23, 2017) (citing *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994)). The Court's order of dismissal did not incorporate the terms of the settlement agreement nor state that the Court would retain jurisdiction. Moreover, the parties' joint

1  stipulation of dismissal made no reference to any settlement agreement.  [*See* Doc. No. 11.]
2  "[F]ederal courts do not have inherent or ancillary jurisdiction to enforce a settlement
3  agreement simply because the subject of that settlement was a federal lawsuit."  *O'Connor*
4  *v. Colvin*, 70 F.3d 530, 532 (9th Cir. 1995).  Accordingly, the Court **DENIES** the motion
5  for reconsideration and **DENIES as moot** the motion to file documents under seal.

6      It is **SO ORDERED**.

7      Dated:  January 9, 2026

                                          Hon. Cathy Ann Bencivengo
                                          United States District Judge